UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LORETTA MONK-WHITE and TIMOTHY MONK**, each individually and on behalf of the Estate of their father, **JESSIE MONK**, deceased | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE** |
| **ARCADIA NURSING AND REHABILITATION CENTER, L.L.C.,** db/a **WILLOW RIDGE NURSING AND REHABILITATION CENTER, L.L.C., DTD HC, L.L.C., AND D&N, L.L.C.** | **MAGISTRATE JUDGE** |

### CONTENTS OF STATE COURT RECORD AND LIST OF COUNSEL

**NOW COME** Defendants, ARCADIA NURSING & REHABILITATION CENTER, L.L.C. d/b/a WILLOW RIDGE NURSING & REHABILITATION CENTER, DTD HC, L.L.C., and D&N, L.L.C., who, pursuant to Standing Order 1.73, state as follows:

(A)   The attorneys involved in the case and the parties they represent are as follows:

   (1)   Georgia Kosmitis
         3316 Line Avenue
         Shreveport, LA 71104
         ATTORNEY FOR PLAINTIFFS

   (2)   Ronald E. Raney
         Ryan O. Goodwin
         Lunn, Irion, Salley, Carlisle & Gardner
         P. O. Box 1534
         Shreveport, LA 71165-1534
         ATTORNEYS FOR ARCADIA NURSING & REHABILITATION CENTER, L.L.C. d/b/a WILLOW RIDGE NURSING & REHABILITATION CENTER, DTD HC, L.L.C., and D&N, L.L.C.

(B)   A copy of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date is attached hereto as "Exhibit 1"

(C) The following is a list of all documents included in the State Court record, arranged by order of filing date:

    1)      November 17, 2017 – Petition for Damages for Breach of Contract, Wrongful Death and Survival Damages

    2)      December 28, 2017 – Notice of Removal

(D) Undersigned counsel certifies that the above constitutes the entire State Court record.

    Respectfully submitted,

    LUNN, IRION, SALLEY, CARLISLE & GARDNER

    BY: _____
        RONALD E. RANEY, Bar Roll No. 8570
        RYAN O. GOODWIN, Bar Roll No. 33857
        P. O. Box 1534
        Shreveport, Louisiana 71165-1534
        Telephone: (318) 222-0665
        Facsimile: (318) 220-3265
        E-mail: rer@lunnirion.com
                rog@lunnirion.com
        ATTORNEYS FOR DEFENDANTS